# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCISCO VASQUEZ | CIVIL ACTION |
| VERSUS | |
| DYLAN JOHNSON, ET AL. | 22-150-SDD-RLB |

## RULING

The Court has carefully considered the Motion,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., on May 3, 2022, to which no objection has been filed. Plaintiff filed a *Reply Memorandum*[3] which has been considered.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** Plaintiff's *Motion to Remand*[4] is DENIED.

Signed in Baton Rouge, Louisiana the  25th  day of May, 2022.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 12.
[3] Rec. Doc. 14.
[4] Rec. Doc. 5.